# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:24−mj−00048 |
| Matthew Stallings | ) Assigned To : Harvey, G. Michael |
| DOB: XXXXXX | ) Assign. Date : 2/6/2024 |
|  | ) Description: Complaint W/ Arrest Warrant |
| *Defendant(s)* | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of _January 6, 2021_ in the county of _____ in the
_____ in the District of _Columbia_, the defendant(s) violated:

*Code Section*  *Offense Description*

18 U.S.C. § 111(a)(1),(b), and 2 - (Assaulting/Resisting/Impeding a Federal Officer While Using or Carrying a Deadly or Dangerous Weapon, or Inflicting Bodily Injury),
18 U.S.C. § 231(a)(3) - (Obstruction of Law Enforcement During Civil Disorder),
18 U.S.C. § 1752(a)(1) - (Entering and Remaining in a Restricted Building or Grounds),
18 U.S.C. § 1752(a)(2) - (Disorderly and Disruptive Conduct in a Restricted Building or Grounds),
18 U.S.C. §§ 1752(a)(4) and (b)(1)(A) - (Engaging in Physical Violence Against any Person or Property while Using or Carrying a Deadly or Dangerous Weapon or Firearm in any Restricted Building or Grounds),
18 U.S.C. §§ 1752(a)(4) and (b)(1)(B) - (Engaging in Physical Violence Against any Person or Property Resulting in Significant Bodily Injury in any Restricted Building or Grounds),
40 U.S.C. § 5104(e)(2)(D) - (Disorderly Conduct in a Capitol Building)
40 U.S.C. § 5104(e)(2)(F) - (Act of Physical Violence in the Capitol Grounds or Buildings).

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

_____
*Complainant's signature*

_____
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: 02/06/2024

_____
*Judge's signature*

City and state: Washington, D.C.   G. Michael Harvey, U.S. Magistrate Judge
*Printed name and title*