AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

District of Columbia

United States of America
v.

Matthew Stallings

_____
Defendant

Case: 1:24-mj-00048
Assigned To : Harvey, G. Michael
Assign. Date : 2/6/2024
Description: Complaint W/ Arrest Warrant

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* _____Matthew Stallings_____,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 111(a)(1),(b), and 2 - (Assaulting/Resisting/Impeding a Federal Officer While Using or Carrying a Deadly or Dangerous Weapon, or Inflicting Bodily Injury),
18 U.S.C. § 231(a)(3) - (Obstruction of Law Enforcement During Civil Disorder),
18 U.S.C. § 1752(a)(1) - (Entering and Remaining in a Restricted Building or Grounds),
18 U.S.C. § 1752(a)(2) - (Disorderly and Disruptive Conduct in a Restricted Building or Grounds),
18 U.S.C. §§ 1752(a)(4) and (b)(1)(A) - (Engaging in Physical Violence Against any Person or Property while Using or Carrying a Deadly or Dangerous Weapon or Firearm in any Restricted Building or Grounds),
18 U.S.C. §§ 1752(a)(4) and (b)(1)(B) - (Engaging in Physical Violence Against any Person or Property Resulting in Significant Bodily Injury in any Restricted Building or Grounds),
40 U.S.C. § 5104(e)(2)(D) - (Disorderly Conduct in a Capitol Building)
40 U.S.C. § 5104(e)(2)(F) - (Act of Physical Violence in the Capitol Grounds or Buildings).

Date:   02/06/2024         _____
                            *Issuing officer's signature*

Digitally signed by G. Michael Harvey
Date: 2024.02.06 10:44:24 -05'00'

City and state:   Washington, D.C.         G. Michael Harvey, U.S. Magistrate Judge
                                            *Printed name and title*

---

**Return**

This warrant was received on *(date)* 2/6/24 , and the person was arrested on *(date)* 2/7/24
at *(city and state)* Newport News, VA .

Date: 2/7/24         _____
                      *Arresting officer's signature*

                      Timothy Jones   Special Agent
                      *Printed name and title*